# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Delores Francis, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Equifax Information Services LLC, ) <br> and Broker Solutions, Inc. d/b/a ) <br> New American Funding, ) <br> ) <br> Defendants. | Civil Action File No.: <br> 1:23-cv-01074-SDG-JEM |

## CERTIFICATE OF INTERESTED PERSONS

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- Delores Francis, Plaintiff

- Equifax Information Services LLC, Defendant

- Broker Solutions, Inc. d/b/a New American Funding, Defendant

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

1

either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

N/A

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Matthew Berry
matt@mattberry.com
Telephone: (404) 235-3334
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324

Christopher N. Armor
chris.armor@armorlaw.com
Telephone: (470) 990-2568
P.O. Box 451328
Atlanta, GA 31145

*Counsel for Plaintiff*

Respectfully submitted this 21 day of March, 2023.

                                                **BERRY & ASSOCIATES, P.C.**

                                                */s/ Matthew Berry*
                                                Matthew Berry
                                                Georgia Bar No.: 055663
                                                matt@mattberry.com

Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

3